NUMBER 13-10-00037-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG


 


IN RE: DOUGLAS AARON PHARR

 

 

On Petition for Writ of Mandamus.

 


MEMORANDUM OPINION



Before Chief Justices Valdez and Justices Yanez and Vela


Memorandum Opinion Per Curiam (1)



 Relator, Douglas Aaron Pharr, filed a petition for writ of mandamus in the above
cause on February 1, 2010. In addition to the petition for writ of mandamus, relator filed
a motion for emergency relief asking the Court to order a stay of the trial of the case set
for February 3, 2010 pending a decision on the merits of the petition for writ of mandamus. 


 The Court, having examined and fully considered the petition for writ of mandamus,
appendix, and relator's motion for emergency relief, is of the opinion that relator has not
shown himself entitled to the relief sought and the petition for writ of mandamus should be
denied. In addition, the relator's motion for emergency relief is denied.

 Accordingly, relator's petition for writ of mandamus is DENIED. See Tex. R. App.
P. 52.8(a).


 PER CURIAM


Delivered and filed the 2nd

day of February, 2010.


 

 

 
1. See Tex. R. App. P. 52.8(d) ("When denying relief, the court may hand down an opinion but is not
required to do so."); Tex. R. App. P. 47.4 (distinguishing opinions and memorandum opinions).